UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| JAMES R. NORGAARD, ) | CHAPTER 7 |
| ) | CASE NO. 11-21628-WCH |
| Debtor. ) | |
| ) | |

## CHAPTER 7 TRUSTEE'S STATUS REPORT

Mark G. DeGiacomo, the duly appointed Chapter 7 trustee (the "Trustee") for the bankruptcy estate of James R. Norgaard (the "Debtor") hereby submits this Status Report pursuant to the Clerk's Notice of Trustee's Inactivity dated August 5, 2013.

In connection therewith, the Trustee states as follows:

1. On December 14, 2011, the Debtor filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code.

2. On December 15, 2011, the Trustee was appointed as the Chapter 7 Trustee of the bankruptcy estate of the Debtor.

3. Since his appointment, the Trustee has been investigating the value of the Debtor's 82,500 shares of common stock in Photovac, Inc. and attempting to find a purchaser. By the end of the year the Trustee will either be filing a Motion to Sell this asset or a Report of No Distribution.

                                            Respectfully submitted,

                                            /s/ Mark G. DeGiacomo
                                            Mark G. DeGiacomo, Esq. BBO #118170
                                            Murtha Cullina LLP
                                            99 High Street
                                            Boston, MA  02110
                                            617-457-4000 Telephone
                                            617-482-3868 Facsimile
Dated:  September 9, 2013            mdegiacomo@murthalaw.com